IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMIAS SANCHEZ,<br>Petitioner,<br><br>v.<br><br>BERNADETTE MASON, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>No. 23-cv-1111 |

**ORDER**

**MIA ROBERTS PEREZ, U.S. District Judge**

AND NOW, this 16th day of November, 2026, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

__________________________

MIA ROBERTS PEREZ
U.S. DISTRICT COURT JUDGE